ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Mills Design Group Construction and Development | ) ASBCA No. 62432 |
| | ) |
| | ) |
| Under Contract No. W912PL-17-C-0013 | ) |

APPEARANCE FOR THE APPELLANT:      Patrick B. Kernan, Esq.
       Whitcomb Selinsky PC
       Denver, CO

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
       Engineer Chief Trial Attorney
      John F. Bazan, Esq.
      Brian M. Choc, Esq.
      Camille M. Sippel, Esq.
       Engineer Trial Attorneys
       U.S. Army Engineer District, Los Angeles

ORDER OF DISMISSAL

The dispute has been settled and the parties jointly move the Board to dismiss this appeal with prejudice. The motion is granted. The appeal is dismissed with prejudice.

Dated: February 1, 2023

LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62432, Appeal of Mills Design Group Construction and Development, rendered in conformance with the Board's Charter.

Dated:  February 1, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals